# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ERIQ R. McCORKLE,                              :

        Petitioner,                   Case No. 3:21-cv-345

- vs -

                                   District Judge Thomas M. Rose
                                   Magistrate Judge Michael R. Merz

WARDEN, Southeast Correctional
Institution,

        Respondent.                  :

---

**ORDER DENYING MOTION FOR RECONSIDERATION PURSUANT TO FED. R. CIV. P. 59 (DOC. NO. 32-1)**

---

    The Court **DENIES** the Petitioner's Motion for Reconsideration Pursuant to Fed. R. Civ. P. 59 (Doc. No. 32-1).

    **DONE** and **ORDERED** in Dayton, Ohio, this Monday, June 13, 2022.

                                                            s/Thomas M. Rose

                                                     THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE