# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ERIQ R. McCORKLE,                   :

       Petitioner,                Case No. 3:21-cv-345

- vs -

                            District Judge Thomas M. Rose
                            Magistrate Judge Michael R. Merz

WARDEN, Southeast Correctional
Institution,

       Respondent.                :

---

### ORDER OVERRULING PETITIONER'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION FOR NEW TRIAL DATED JUNE 22, 2022 (DOC. NO. 38); ADOPTING REPORT AND RECOMMENDATION ON MOTION FOR NEW TRIAL (DOC. NO. 35); AND DENYING PETITIONER'S MOTION FOR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59(a)(2) (DOC. NO. 34)

---

On June 21, 2022, Petitioner Eriq R. McCorkle ("Petitioner") filed a Motion For New Trial Pursuant To Fed. R. Civ. P. 59(a)(2) (Doc. No. 34) (the "Motion").  On June 22, 2022, United States Magistrate Judge Michael R. Merz issued a Report And Recommendation On Motion For New Trial (Doc. No. 35) (the "Report and Recommendation"), in which Judge Merz recommended that Petitioner's Motion be denied in its entirety.  On July 6, 2022, Petitioner filed a Notice of Objections to the Report and Recommendation.  (Doc. No. 38.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.  Upon said review, the Court finds that Petitioner's objections (*see* Doc. No. 38) are not well-taken and they are **OVERRULED**.  The Court **ACCEPTS** the Report and Recommendation (Doc. No. 35) and its recommended

disposition, **ADOPTS** the Report and Recommendation (Doc. No. 35) in its entirety, and rules as follows:

1. The Court **DENIES** the Petitioner's Motion For New Trial Pursuant To Fed. R. Civ. P. 59(a)(2) (Doc. No. 34).

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, July 7, 2022.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE